IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TWO BOSTONS INC.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-02923<br><br>Requested Date: September 20, 2023<br><br>Hon. Andrea R. Wood |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that, Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff Holger Fiallo ("Plaintiff") respectfully moves this Court for entry of default judgment against Defendant Two Bostons, Inc. Plaintiff respectfully requests the motion be heard at the telephonic status hearing set for September 20, 2023. The motion is based on this Notice, the concurrently filed Memorandum of Law, the supporting Attorney Affidavit, and any argument as may be presented at the hearing.

Dated: September 11, 2023          Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER**
　　　　　　　　　　　　　　　　　　　**& SWEET, LLP**
　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350


　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will also be sent to Defendant at the following address:

Two Bostons, Inc.
103 West Jefferson Avenue,
Naperville, Illinois 60540

Dated September 11, 2023, and executed in Pittsburgh, Pennsylvania.

       */s/ Benjamin J. Sweet*
       Benjamin J. Sweet