IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLGER FIALLO, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 23-cv--2923 |
| v. | ) ) Judge Andrea R. Wood |
| TWO BOSTONS INC., | ) ) |
| Defendant. | ) ) |

**PERMANENT INJUNCTION ORDER**

This Court has granted Plaintiff Holger Fiallo's motion for default judgment and found that Defendant Two Bostons Inc.'s website, twobostons.com, is not formatted to allow a legally blind customer like Fiallo to access its content. Accordingly, the Court finds that Two Bostons Inc. is liable for violating Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.* Further, Fiallo has demonstrated the absence of an adequate remedy at law and the threat of irreparable harm if permanent injunctive relief is denied. The Court finds that such harm to Fiallo would outweigh any harm to Two Bostons Inc. if the permanent injunctive relief is granted and that the public interest supports granting such relief.

Accordingly, the Court orders that Two Bostons Inc. is permanently enjoined from operating, utilizing, or maintaining twobostons.com unless and until it fully complies with the requirements of Title III of the ADA. The Court orders that Two Bostons Inc. must modify the existing features of twobostons.com and remove barriers that prevent this website's compatibility with screen reading technology so that it is accessible to blind or low-vision individuals using screen reading technology.

Two Bostons Inc. shall have 90 days from the date of this Order and its accompanying Permanent Injunction to fulfill the requirements of the Permanent Injunction and shall remain subject to the Court's contempt powers. Two Bostons Inc. is further ordered to file a Notice of Compliance with the Court when it has fully complied with the Permanent Injunction, but no later than 90 days from the date of this Order.

Dated: September 30, 2024

Andrea R. Wood
United States District Judge